AUSA:  Stephen Carr          Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint          Special Agent:          Rebecca Childs          Telephone:  (313) 202-3400

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
   v.

Aaron Davis

Case No.   Case: 2:24–mj–30422
Assigned To : Unassigned
Assign. Date : 10/2/2024
Description: CMP USA V. DAVIS
(DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 16, 2024 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rebecca Childs, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _October 2, 2024_____

City and state: _Detroit, Michigan_____

_____
*Judge's signature*

Hon. Kimberly G.Altman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT

I, Rebecca Childs, being duly sworn, depose and state the following:

### INTRODUCTION

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since January 2020. I have received extensive training from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. In addition, I have a Bachelor's degree in Global Security and Intelligence Studies from Embry-Riddle Aeronautical University.

2. During my employment with ATF, I have conducted or participated in criminal investigations involving the possession and use of firearms, armed drug trafficking, and criminal street gangs, among other state and federal offenses.

3. I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described

herein, review of reports by myself and/or other law enforcement agents, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4.     The ATF is currently conducting a criminal investigation concerning Aaron DAVIS, for violations of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm).

## PROBABLE CAUSE

5.     On September 16, 2024, at approximately 10:50 p.m., Detroit Police officers responded to a report of a man, later identified as Davis, pointing a gun at another man at a bus stop. When the officers arrived, they saw Davis, who matched the description of the suspect they were looking for, walking eastbound on East 7 Mile Road.

6.     As the officers approached Davis, he tossed a gun from his right side on to the ground behind his right foot. The officers stopped Davis and located a black Taurus G2C 9mm pistol from the ground where Davis had dropped it. The firearm was loaded with one round in the chamber.

7.     The Taurus was test fired and the shell casings were submitted to the National Integrated Ballistic Information Network (NIBIN). NIBIN is an automated ballistic imaging network which allows firearms examiners to enter cartridge casing images into the Integrated Ballistic Identification System (IBIS). These images are correlated against the other images in the database.

8.     Using the spent shells from the gun possessed by Davis, NIBIN generated a lead indicating connection between the test shots and the two casings recovered from a prior shooting in Detroit in July of 2024.

9.     In that incident, an individual with a close relationship to Davis reported that Davis had fired several shots. Officers collected two spent shell casings from the shooting.

## FELON STATUS & INTERSTATE NEXUS

10.     I reviewed records related to Davis's criminal history and learned that Davis has at least two prior felony convictions—in 2009 he pleaded guilty to attempting to carry a concealed weapon, and in 2015, a jury found him guilty of armed robbery. Davis was sentenced to 65 to 240 months in prison on the armed robbery conviction. And prior to his release, Davis signed the Michigan Department of Corrections "Prisoner

Pre-Release Notice" which explained that he was a convicted felon prohibited from possessing a weapon.

11.    Based on the above information, DAVIS would have been aware of his status as a felon.

12.    On September 30, 2024, I contacted ATF Interstate Nexus Expert, Special Agent Kara Klupacs, and provided information about the black Taurus G2C pistol. SA Klupacs concluded the firearm was manufactured outside the State of Michigan, and is a firearm as defined in Title 18 U.S.C., Chapter 44, Section 921(a)(3).

## CONCLUSION

13.    Probable cause exists to believe that on or around September 16, 2024, in the Eastern District of Michigan, Southern Division, Aaron Davis knowingly possessed a firearm after having been convicted of a felony offense in violation of Title 18 U.S.C. Section 922(g)(1).

Respectfully submitted,

Rebecca Childs, Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

Dated: October 2, 2024